[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
Ruling Re: Plaintiff's Objection To Request to Revise (#102)
Objection — Request to Revise I: Overruled, to extent that word "otherwise" shall be deleted.
Objection — Request to Revise II: Sustained.
Objection — Request to Revise III: Sustained.
Objection — Request to Revise IV: Sustained.
Objection — Request to Revise V: Overruled, to extent that Para. 10 shall set forth numbers or section designations of NFPA standards.
Objection — Request to Revise VI: Overruled, to extent that words "including but not limited to" shall be deleted.
Objection — Request to Revise VII: Sustained.
Objection — Request to Revise VIII:Overruled.
Objection — Request to Revise IX: Sustained.
Mulcahy, J.